ORIGINAL

1

2  **DEBORAH BAILEY-WELLS (114630)**
   **CHRISTY LA PIERRE (242691)**
3  **KIRKPATRICK & LOCKHART PRESTON**
   **GATES ELLIS LLP**
4  55 Second Street, Suite 1700
   San Francisco, CA 94105
5  Telephone    (415) 249-1000
6  Fax:         (415) 249-1001

7  David J. Byer, *(pro hac vice pending)*
   **KIRKPATRICK & LOCKHART PRESTON**
8  **GATES ELLIS LLP**
9  State Street Financial Center, One Lincoln Street
   Boston, Massachusetts 02111-2950
10 Telephone: (617) 261-3100
   Facsimile: (617) 261-3175
11 David.Byer@klgates.com

12
   Marc C. Levy, *(pro hac vice pending)*
13 **KIRKPATRICK & LOCKHART PRESTON**
   **GATES ELLIS LLP**
14 925 Fourth Avenue, Suite 2900
   Seattle, WA, 98104-1158
15 Telephone: (206) 623-7580
16 Facsimile: (206) 623-7022
   Marc.Levy@klgates.com

17

18 Attorneys for Plaintiff Avid Technology, Inc.

19

20              UNITED STATES DISTRICT COURT FOR THE

21         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

22 AVID TECHNOLOGY, INC.                    Case No. C072318 EMC

23         PLAINTIFF,

24    vs.                                   **[PROPOSED] ORDER GRANTING**
                                            **APPLICATION FOR ADMISSION OF**
25 TIME WARNER TELECOM, INC.                **MARC C. LEVY *PRO HAC VICE***

26         DEFENDANT.                       **Date Filed: April 27, 2007**

27

28
   [PROPOSED] ORDER GRANTING APPLICATION OF MARC C. LEVY *PRO HAC VICE*
                          CASE NO. C072318 EMC
   SF-124490

(Received stamp: 07 MAY -3 AM 11:36 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

E-filing

1     Marc C. Levy, an active member in good standing of the bar of Washington and a member of
2 the bar of the United States District Court for the District of Western Washington, whose business
3 address and telephone number is 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158,
4 206-623-7580, having applied in the above-entitled action for admission to practice in the Northern
5 District of California on a *pro hac vice* basis, representing Avid Technology, Inc.

6     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance ***pro***
8 ***hac vice***. Service of papers upon and communication with co-counsel designated in the application
9 will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 5/7/07      By: _____
13                                      HON. MAGISTRATE JUDGE EDWARD M.
14                                        CHEN

2
[PROPOSED] ORDER GRANTING APPLICATION OF MARC C. LEVY *PRO HAC VICE*
CASE NO. C072318 EMC