ORIGINAL

DEBORAH BAILEY-WELLS (114630)
CHRISTY LA PIERRE (242691)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone    (415) 249-1000
Fax:         (415) 249-1001

David J. Byer, *(pro hac vice pending)*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
State Street Financial Center, One Lincoln Street
Boston, Massachusetts 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
David.Byer@klgates.com

Marc C. Levy, *(pro hac vice pending)*
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA, 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Marc.Levy@klgates.com

Attorneys for Plaintiff Avid Technology, Inc.

E-filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AVID TECHNOLOGY, INC.<br><br>PLAINTIFF,<br><br>vs.<br><br>TIME WARNER TELECOM, INC.<br><br>DEFENDANT. | Case No. C072318 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID J. BYER *PRO HAC VICE*<br><br>Date Filed: April 27, 2007 |

[PROPOSED] ORDER GRANTING APPLICATION OF DAVID J. BYER *PRO HAC VICE*
CASE NO. C072318 EMC

SF-124490

1  David J. Byer, an active member in good standing of the bar of Massachusetts and a member
2  of the bar of the United States District Court for the District of Massachusetts, whose business
3  address and telephone number is State Street Financial Center, One Lincoln Street, Boston,
4  Massachusetts 02111-2950, 617-261-3100, having applied in the above-entitled action for admission
5  to practice in the Northern District of California on a *pro hac vice* basis, representing Avid
6  Technology, Inc.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance ***pro***
9  ***hac vice***. Service of papers upon and communication with co-counsel designated in the application
10 will constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: 5/7/07                    By: _____
14                                      HON. MAGISTRATE JUDGE EDWARD M.
15                                      CHEN

---

2

[PROPOSED] ORDER GRANTING APPLICATION OF DAVID J. BYER *PRO HAC VICE*
CASE NO. C072318 EMC